IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KOKAK LLC D/B/A PROFESSIONAL VAULT STORAGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:18-CV-177-TLS |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff, Kokak LLC d/b/a Professional Vault Storage, by counsel and Defendant, Auto-Owners Insurance Company, by counsel, pursuant to Fed. R. Civ. P. 41, and hereby stipulate to the dismissal of all claims in this action, with prejudice, each party to bear their respective costs and attorneys' fees without reimbursement.

HOEPPNER WAGNER & EVANS LLP

*/s/ John E. Hughes*
John E. Hughes
Attorney No.: 7871-64
8585 Broadway, Ste. 790
Merrillville, IN 46410
jhughes@hwelaw.com
*Attorney for Plaintiff,*
*Kokak LLC*

TAYLOR DEVORE & PADGETT, P.C.

/s/ *David L. Taylor*
David L. Taylor
Attorney No.: 11338-49
Keystone Office Park
3003 E. 98th Street, Suite 201
Carmel, IN 46280
dtaylor@taylorlitigation.com
*Attorney for Defendant,*
*Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ ECF system, which sent notification of such filing to the following:

John E. Hughes
Hoeppner Wagner & Evans LLP
8585 Broadway, Ste. 790
Merrillville, IN 46410
jhughes@hwelaw.com
*Attorney for Plaintiff,*
*Kokak LLC*

                                              */s/ David L. Taylor*
                                              David L. Taylor
                                              Attorney No.: 11338-49

TAYLOR DeVORE & PADGETT, P.C.
Keystone Office Park
3003 E. 98th Street
Suite 201
Indianapolis, IN 46280
Phone (317) 228-9910
Fax (317) 228-9972
dtaylor@taylorlitigation.com
asmith@taylorlitigation.com
*Attorneys for Defendant,*
*Auto-Owners Insurance Company*